UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240(MJD/JGL)

COPY

JEFFREY JOHNSON,

Plaintiff,

v.

WILLIAM J. HENDERSON,

Defendant.

ORDER

Upon stipulation of the parties, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Plaintiff shall have forty-five (45) days following the date of this Order to serve and file an Amended Complaint in this matter and that Defendant shall have forty-five (45) days following service of the Amended Complaint on him to answer or otherwise respond to the Amended Complaint.

Dated: May 25, 2000

JOHNATHAN G. LEBEDOFF
United States Magistrate Judge

FILED MAY 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240(MJD/JGL)

ORIGINAL

| | | |
|---|---|---|
| JEFFREY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. HENDERSON,<br><br>Defendant. | ) | STIPULATION TO FILE AMENDED COMPLAINT AND TO FILE ANSWER TO AMENDED COMPLAINT |

It is hereby stipulated by and between Plaintiff Jeffrey Johnson and Defendant William J. Henderson, by and through their respective attorneys as follows:

1. On March 23, 2000, Plaintiff Jeffrey Johnson, at that time acting pro se, filed a Summons and Complaint against Defendant Postmaster General William J. Henderson. The Summons and Complaint was served on Defendant on March 29, 2000.

2. On April 24, 2000, Attorney Steven Rau filed a Notice of Appearance on behalf of Plaintiff Jeffrey Johnson.

3. Plaintiff Jeffrey Johnson, through his recently retained counsel, desires to file and serve an Amended Complaint. Defendant's Answer to the original Complaint is due on May 30, 2000.

4. Judicial economy would dictate that Plaintiff be allowed to file and serve an Amended Complaint and that Defendant answer or otherwise respond to that Amended Complaint.

5. Therefore, the parties agree that Plaintiff Jeffrey Johnson has forty-five (45) days after the date of the Order

granting leave to amend his Complaint to file and serve an Amended Complaint in the above-referenced matter.

6. The parties also agree that Defendant William J. Henderson has forty-five (45) days after receipt of the Amended Complaint to file and serve an Answer or other response to the Amended Complaint.

Executed this 24th day of May 2000.

B. TODD JONES
United States Attorney

BY: GREGORY G. BROOKER
Assistant U.S. Attorney
Attorney ID Number 166066
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(6120 664-5689

Attorney for Defendant
William J. Henderson.

Steven E. Rau
Attorney ID Number 147990
925 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402-1312
(612) 399-0299

Attorney for Plaintiff
Jeffrey Johnson.

On behalf of the Minnesota
Federal Bar Association's
Pro Se Employment Panel.