UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240 (MJD/JGL)

JEFFREY L. JOHNSON,

Plaintiff,

v. **PRETRIAL ORDER**

WILLIAM J. HENDERSON,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2000;

3. Plaintiff shall disclose all expert witnesses by June 1, 2001, and reports by July 1, 2001; Defendant shall disclose all expert witnesses by July 1, 2001, and reports by August 1, 2001;

4. The period during which the parties may seek discovery shall be completed by September 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to December 1, 2001; and

7. This case will be considered "ready for trial" as of December 1, 2001.

DATED: September 27, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
ENTD