UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240 (MJD/JGL)

JEFFREY JOHNSON,

Plaintiff,

v.

WILLIAM J. HENDERSON,
Postmaster General,
United States Postal Service,

Defendant.

STIPULATED ORDER PURSUANT TO 5 U.S.C. § 552a

The parties hereto stipulate and agree to the entry of the attached order to allow plaintiff to discover information and documents otherwise protected from disclosure by the Privacy Act of 1974, 5 U.S.C. § 552a, while, at the same time, protecting the privacy of employees and former employees of the United States Postal Service from unreasonable disclosure of information and documents pertaining to them.

The parties stipulate and the Court, accordingly, finds and orders as follows:

1. This is an action for alleged violations of Title VII of the Civil Rights Act of 1964. Plaintiff has sought to discover information and documents about other United States Postal Service employees to prove certain allegations of his claims for discrimination and retaliation. Certain of the information plaintiff seeks is protected by the Privacy Act of 1974.

2. Counsel for defendant shall designate the documents and

AUG 09 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

information subject to this order by written notice to plaintiff's counsel and by marking documents with the prefix "PO" in the Bates numbering system used on documents produced.

3. Access to information and documents designated as subject to this order shall be limited to the parties, their counsel (including paralegals and support staff), expert witnesses in their employ, and other persons authorized in writing by all counsel to examine such information and documents, and shall be disclosed only to extent reasonably necessary to prepare and prosecute (or defend) this action. Any person having access to the information and/or documents, including plaintiff himself, shall be informed by plaintiff's counsel that the information and documents are subject to a non-disclosure order of the Court and shall acknowledge, prior to disclosure, his/her agreement to be bound by this order.

4. Except as provided herein, no one having access to the information and documents subject to this order shall make public disclosure of those materials without further order of the Court or written agreement of the parties.

5. If either party intends to file any motion, opposition or reply, or any filing prior to trial, and attach thereto any information or documents that defendant has designated as subject to this order, that party shall file any information or document subject to this order in a separate sealed envelope, marked with

a statement substantially in the following form:

> This envelope contains information and/or documents which have been filed by [name of party] under seal by order of the Court and is not to be opened except pursuant to further Court order.

6. Nothing in this order shall be construed as precluding the parties from seeking to introduce into evidence at trial of this case information and documents, or the contents hereof, subject to terms and conditions agreed to by the parties or otherwise ordered by the Court to protect the privacy of the individuals whose information and documents are disclosed subject to this order. See 5 U.S.C. § 552a(b)(11).

7. No person to whom information or documents are disclosed shall make a copy of the information or documents, or any part thereof, nor shall a person make disclosures of information or documents subject to this order except as allowed by the order.

8. Upon conclusion on this action, including appeals, all copies of documents or information disclosed under this order, except exhibits received in evidence, shall be returned to counsel for defendant within 30 days of the date the last appeal is final. Alternatively, plaintiff's counsel may destroy the information and documents and provide a certification to defendant's counsel of compliance with the destruction of copies of documents and information disclosed hereto.

9. This order is entered solely to permit defendant to

produce information and documents otherwise protected from disclosure by the Privacy Act. It is not a determination of any discovery dispute or an ruling on the admissibility of any evidence at trial. Likewise, defendant does not waive any right to object to discovery or offer of evidence at trial.

Dated: August 8, 2001

ROBERT M. SMALL
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 6 Aug 2001

Steven E. Rau

STEVEN E. RAU, Esq.
Flynn & Gaskins, L.L.P.
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9552)

IT IS SO ORDERED

Dated: Aug. 9, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500