UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240-MJD/JGL

JEFFREY L. JOHNSON,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, and THE UNITED STATES POSTAL SERVICE,

Defendants.

**ORDER**

This matter comes before the Court, pursuant to Rule 16(b), Fed.R.Civ.P., on defendant's motion to extend the hearing deadline for dispositive motions. Mary Trippler, Assistant United States Attorney, appears for defendant and Steve Rau, Esq., appears for plaintiff.

Based upon the briefs and arguments of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that, for good cause shown, defendant's motion is granted. The dispositive motion deadline to hear defendant's summary judgment motion is extended to a time compatible with Judge Davis' motion calendar, in this case Dec. 14, 2001.

Dated: Nov 28, 2001

Jonathan G. Lebedoff
U.S. Magistrate Judge

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK