UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-240 (MJD/JGL)

| | | |
|---|---|---|
| JEFFREY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br>Postmaster General,<br>United States Postal Service,<br><br>Defendant. | ) | **ORDER OF DISMISSAL** |

Based upon the Stipulation of the parties,

IT IS HEREBY ORDERED that the above-entitled case is dismissed with prejudice without further costs to either party.

Dated: May 8, 2002

Michael J. Davis
Michael J. Davis, Judge
U.S. District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK